MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   11-CR-0643 RMW |
|    Plaintiff, | ) ) | STIPULATION AND [] ORDER CONTINUING HEARING TO |
| v. | ) ) | February 35, 2012 AND EXCLUDING TIME FROM December 19, 2011, TO |
| FRANCISCO MURILLO RIVERA, | ) ) | February 35, 2012 FROM THE SPEEDY TRIAL ACT CALCULATION |
|    Defendant. | ) ) | |

     The Parties, Alfredo Morales and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for December 19, 2011 at 9 am be vacated, and that the hearing be re-set for February 35, 2012 at 9 am. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation and the need to jointly negotiate a resolution in this matter.

     The parties stipulate that the time between December 19, 2011 and February 35, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME
CR 11-0643 RMW**     1

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: December 14, 2011            MELINDA HAAG
                                    United States Attorney

                                    ___/s/_____
                                    CAROLYNE A. SANIN
                                    Special Assistant United States Attorney


                                    ___/s/_____
                                    ALFREDO MORALES
                                    Attorney for Defendant


## [] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for December 19, 2011 at 9 am is vacated, and the matter is continued to February 35, 2012 at 9 am. Further, the Court ORDERS that the time between December 19, 2011 and February 35, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 12/15/11                     _____
                                    RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE